UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81263-CIV-DAMIAN

**EMILY BENNETT**,

    Plaintiff,

v.

**HOLISTIX TREATMENT CENTERS, LLC d/b/a LAKE WORTH HOLISTIX DETOX d/b/a LEVEL UP TREATMENT LAKE WORTH**,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon the Parties' Joint Stipulation for Dismissal Without Prejudice [ECF No. 38 ("Stipulation")], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed on June 20, 2025. The Stipulation specifies that the Parties stipulate to dismissal without prejudice, and the Court notes that the Stipulation is signed by all Parties who have appeared.

THE COURT having reviewed the Stipulation and being fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the claims of Plaintiff, Emily Bennett, are **DISMISSED WITHOUT PREJUDICE** in accordance with the Stipulation. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**